**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

SHANNON MCGEE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-0350-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 24th day of November, 2010.

                                        JAMES R. LARSEN
                                      District Court Executive/Clerk

                        by:   s/Pamela A. Howard
                                       Deputy Clerk

cc: all counsel